Michael Burch
32 Fullerton Ave
Newburgh, NY 12550
(845) 764-2334

# IN THE UNITED STATES DISTRICT COURT

FILED
2024 JAN 17 PM 12: 10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

vs. Michael-Denvonta:Burch            )   FOR THE DISTRICT OF
                                      )
LAPD          Plaintiff,              )   CALIFORNIA CASE NO. (to be
METROPOLIT                            )
AN, OFFICER                           )   determined by clerk)
SAEPHANH,                             )   AFFIDAVIT OF TRUTH, CLAIM FOR
OFFICER                               )   UNLIMITED CIVIL ACTION, NOTICE
VINUEZA,                              )   OF RIGHTS, AFFIRMATION BY NOTARY
SGT. KHAMIS                           )   PUBLIC.
                                      )
  DEFENDANT.                          )

CV24 427-SVW(SP)

## Jurisdiction and Venue

1. This Court possesses subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), as this action seeks redress for the deprivation of constitutional rights under color of state law.

2. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) because the actions giving rise to the Plaintiff's claims occurred within this District.

## Introduction

This document serves as a legally binding demand for declaratory and injunctive relief and for damages against the State of CALIFORNIA. It is designed to urgently address and rectify severe violations of the Plaintiff's constitutional rights. These claims rest upon the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, as well as the CALIFORNIA Deceptive Trade Practices– Consumer Protection Act (DTPA), Tex. Bus. & Com. Code §§ 17.41-17.63; and all other applicable federal and state laws.

①

## Factual Background

1. Plaintiff Michael :Burch is a living, breathing Beneficiary of The Creation.

2. The State of CALIFORNIA, acting through its agents, without any judicial mandate or adequate due process, has unjustly subjected the Plaintiff to at best emotional distress by way of a fraudulent warrant, thereby severely infringing upon his constitutional rights.

3. This unlawful action has caused the Plaintiff significant distress, both emotionally and financially, besmirching his reputation and limiting his freedom.

## Cause of Action:

**First Cause of Action: Violation of the Fourth Amendment (Unreasonable Search and Seizure)**

The imposition of the warrant contravenes jurisprudence set forth in Tennessee v. Garner, 471 U.S. 1 (1985).

**Second Cause of Action: Violation of the Fifth and Fourteenth Amendments (Due Process)**

The Defendant's actions egregiously infringe upon the due process clauses of the Fifth and Fourteenth Amendments, in violation of established case law.

**Third Cause Of Action: Identity Theft,**

**Fourth Cause of Action: Fraud**

## Demands for Relief

1. Immediate Removal of warrant: Per the CALIFORNIA Deceptive Trade Practices–Consumer Protection Act (DTPA), Tex. Bus. & Com. Code §§ 17.41-17.63,

and pursuant to 42 U.S.C. § 1983, the Plaintiff demands the immediate removal of the warrant.

2. Expungement of Charges: All charges brought against the Plaintiff must be expunged from all records immediately.

3. Compensatory Damages: Plaintiff demands compensatory damages amounting to 20 million U.S. dollars for the violation of his constitutional rights and emotional suffering.

4. Dismissal and Expungement: All charges against the Plaintiff must be dismissed and records expunged immediately, as per federal and state laws.

**Prayer for Relief**

The Plaintiff demands that the Court:

1. Declare the Defendant's actions in violation of the Fourth, Fifth, and Fourteenth Amendments, as well as the CALIFORNIA Deceptive Trade Practices–Consumer Protection Act (DTPA), Tex. Bus. & Com. Code §§ 17.41-17.63.

2. Issue an immediate injunction for the removal of the warrant.

3. Award the Plaintiff compensatory damages of 20 million U.S. dollars.

4. Award the Plaintiff costs and attorney's fees incurred in bringing this action, and stress the legal penalties for failing to comply urgently.

5. Order the immediate dismissal and expungement of all charges against the Plaintiff.

Dated this __16__ day January, 2024.

_(signature)_

Michael-Denvonta: Burch, Plaintiff

# ACKNOWLEDGEMENT OF NOTARY PUBLIC

STATE OF CALIFORNIA  Los Angeles  County

Before me, a Notary Public in and for said County and State, personally appeared Michael Burch, who acknowledged the execution of the foregoing statements, and who, having been duly sworn, acknowledged to me that as a free and voluntary act and deed, executed said instrument for the uses and purposes set forth within this document.

Witness my hand and Notarial Seal this __16__ day of January 2024.

My Commission Expires: __12/09/2024__

POWEL VARTANIAN
Notary Public - California
Los Angeles County
Commission # 2339796
My Comm. Expires Dec 9, 2024

(4)

# Formal Challenge to the Twelve Presumptions of Law

Definition of presumption:

http://www.oxforddictionaries.com/definition/english/presumption

1. An idea that is taken to be true on the basis of probability:

As a presumption, is a presumption on which must be agreed by the parties, to be true.

THEN and EQUALLY

If one party challenges the presumption to be true on the basis of probability, then all that is required to remove the presumption is a formal challenge to that presumption.

The presumption then, has no standing or merit in FACT.

A probability:

http://www.oxforddictionaries.com/definition/american_english/probability

1. The extent to which something is probable; the likelihood of something happening or being the case.

By definition then, this is not substantive as it is only a probability of what may be and therefore has NO substance, in material FACT.

A State Court does not operate according to any true rule of law, but by presumptions (color) of the law. Therefore, if presumptions presented by the private Bar Guild are not rebutted, they become fact and are therefore said to stand true. There are twelve (12) key presumptions asserted by the private Bar Guilds which if unchallenged stand true, being Public Record, Public Service, Public Oath, Immunity, Summons, Custody, Court of Guardians, Court of Trustees, Government as Executor/Beneficiary, Agent and Agency, Incompetence, and Guilt:

(i)     The Presumption of Public Record is that any matter brought before a state Court is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter. Unless openly rebuked and rejected by stating clearly the matter is to be on the Public Record, the matter remains a private Bar Guild matter, completely under private Bar Guild rules;

I, Michael-Denvonta:Burch, the undersigned formally challenge the Presumption of Public Record as it is by definition a presumption and has no standing or merit in presentable or material fact.

(ii)    The Presumption of Public Service is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild. Unless openly rebuked and rejected, the claim stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath;

I, Michael-Denvonta:Burch, the undersigned formally challenge the Presumption of Public Service as it is by definition a presumption and has no standing or merit in presentable or material fact.

(iii)   The Presumption of Public Oath is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath, remain bound by that oath and therefore bound to serve honestly, impartiality and fairly as dictated by their oath. Unless openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath. If challenged, such individuals MUST recuse themselves as having a conflict of interest and cannot possibly stand under a public oath;

I, Michael-Denvonta:Burch , the undersigned formally challenge the Presumption of Public Oath as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(iv)   The Presumption of Immunity is that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Unless openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from any personal accountability for their actions;

I, Michael-Denvonta:Burch, the undersigned formally challenge the Presumption of Immunity as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(v)  The Presumption of Summons is that by custom a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance at court is simply an invitation by summons. Unless the summons is rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands;

I, Michael-Denvonta:Burch, the undersigned formally challenge the Presumption of Summons as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(vi)  The Presumption of Custody is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a thing and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a thing and property and therefore lawfully able to be kept in custody by custodians;

I, Michael-Denvonta:Burch, the undersigned formally challenge the Presumption of Custody as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(vii) The Presumption of Court of Guardians is the presumption that as you may be listed as a "resident" of a ward of a local government area and have listed on your "passport" the letter P, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians". Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court);

I, Michael-Denvonta:Burch , the undersigned formally challenge the Presumption of Guardians as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(viii) The Presumption of Court of Trustees is that members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System. Unless this presumption is openly challenged to state you are merely visiting by "invitation" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction - simply because you "appeared";

I, Michael-Denvonta:Burch , the undersigned formally challenge the Presumption of Trustees as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

⑤

(ix) The Presumption of Government acting in two roles as Executor and Beneficiary is that for the matter at hand, the Private Bar Guild appoints the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. If the accused does seek to assert their right as Executor and Beneficiary over their body, mind and soul they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor.

Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to demonstrate you are both the true general guardian and general executor of the matter (trust) before the court, questioning and challenging whether the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and you are by default the trustee, therefore must obey the rules of the executor (judge/magistrate) or you are an Executor De Son Tort and a judge or magistrate of the private Bar guild may seek the assistance of bailiffs or sheriffs to assert their false claim against you;

I, Michael-Denvonta:Burch , the undersigned formally challenge the Presumption of Government acting in two roles as Executor and Beneficiary as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(x) The Presumption of Agent and Agency is the presumption that under contract law you have expressed and granted authority to the Judge and Magistrate through the statement of such words as "recognise, understand" or "comprehend" and therefore

agree to be bound to a contract. Therefore, unless all presumptions of agent appointment are rebutted through the use of such formal rejections as "I do not recognise you", to remove all implied or expressed appointment of the judge, prosecutor or clerk as agents, the presumption stands and you agree to be contractually bound to perform at the direction of the judge or magistrate;

I, Michael-Denvonta:Burch , the undersigned formally challenge the Presumption of Agent and Agency as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(xi)     The Presumption of Incompetence is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly. Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent then the judge or magistrate can do what they need to keep you obedient.

I, Michael-Denvonta:Burch , the undersigned formally challenge the Presumption of Incompetence as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

(xii)    The Presumption of Guilt is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty". Therefore unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the

public record or call a demurrer, then the presumption is you are guilty and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

I, Michael-Denvonta:Burch, the undersigned formally challenge the Presumption of Guilt as it is by definition a presumption, by definition and has no standing or merit in presentable or material fact.

I formally challenge all presumptions of law and as I have formally challenged all the twelve presumptions of law then the presumption of law formally has no substance in material FACT.

I will recognise the rule of law, when and only when there is the material evidence of, that assumed rule of law has some material evidence of substance in presentable material fact.

Until then, the search for the rule of law, that has some credibility in material fact: continues.

It is done.

*[signature: Michael Burch]*

Without ill will or vexation

Michael-Denvonta:Burch

For and on behalf of the Legal Entity MR MICHAEL DENVONTA BURCH and the living man, Michael-Denvonta:Burch